United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SHAILA VALLADARES MATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01459 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Respondents have filed a status update informing the Court that Petitioner Shaila Valladares Mata was granted voluntary departure and has therefore been released from custody to Mexico. *See* ECF No. 17. Because Petitioner is no longer in custody, her habeas corpus proceeding is rendered moot. The Court therefore **DISMISSES** this case **WITHOUT PREJUDICE**. The clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 30, 2026.

_____
Keith P. Ellison
United States District Judge

1 / 1